

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00315-CV

**Christiana  Amani**

v.

**Ronald  Dixon**

NO. 2012-05295 IN THE 165TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| STATEWIDE EFILING | $20.00 | 05/14/2014 | E-PAID | ANT |
| FILING | $175.00 | 05/14/2014 | E-PAID | ANT |
| CLK RECORD | $201.00 | 04/28/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $396.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN  TESTIMONY  WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**